

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Keith Smith v. The State of Texas

Appellate case number:   01-19-00442-CR

Trial court case number: 1529312

Trial court:             339th District Court of Harris County

      Appellant's Motion for En Banc Reconsideration is **denied**.

      It is so ORDERED.


Judge's signature: /s/ <u>Richard Hightower</u>
                    Acting for En Banc Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: <u>March 9, 2021</u>